# DOCUMENTS TO BE SEALED

## PLAINTIFF
-V-
## DEFENDANT

DOCKET NUMBER: **22 CV 06390**

DATE FILED: **JUL 27 2022**

SIGNED BY: **JUDGE CAPRONI**

DATE SIGNED: **JUL 22 2022**

TO BE FILED UNDER SEAL:

✓ ENTIRE ACTION

✓ COMPLAINT/PETITION ONLY

___ OTHER DOCUMENTS/EXHIBITS